MEDINA COUNTY BAR ASSOCIATION *v.* HADDAD.

[Cite as Medina County Bar Assn. v. Haddad (1979), 57 Ohio St. 2d 11.]

(D. D. No. 78-8—Decided February 7, 1979.)

*Mr. Stephen J. Brown,* for relator.
*Mr. John C. Oberholtzer,* for respondent.

*Per Curiam.* The sole issue before this court is whether respondent should receive the indefinite suspension recommended by the board or the permanent disbarment requested by relator.

In *Cleveland Bar Assn.* v. *Fatica* (1971), 28 Ohio St. 2d 40, this court permanently disbarred an attorney convicted of soliciting and accepting a bribe. We find the *Cleveland* case to control this one. Society's confidence in those oc-

cupying positions of public trust, including members of the bar who are officers of the court, is seriously undermined when a person in that position either accepts or gives a bribe. We therefore rule that respondent be permanently disbarred from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C. J., HERBERT, W. BROWN, CONNORS, SWEENEY, PRYATEL and HOLMES, JJ., concur.

CONNORS, J., of the Sixth Appellate District, sitting for P. BROWN, J.

PRYATEL, J., of the Eighth Appellate District, sitting for LOCHER, J.